## Commonwealth *v.* Oliver, Appellant.

Argued March 19, 1970. *Geoffrey A. Wilson*, Assistant Defender, with him *Thomas D. Watkins* and *Melvin Dildine*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *Joel S. Moldovsky*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Pearce, Appellant.

Submitted March 9, 1970. *Arthur K. Dils*, Assistant Public Defender, for appellant; *Jerome T. Foerster*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Order affirmed.